FILED'08 JUL 17 10:08USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN R. POTTLE,

Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security

Defendant.

Civ. No. 07-738-CL

**ORDER**

**PANNER, District Judge:**

Magistrate Judge Mark D. Clarke filed his Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Objections have been filed, so this court reviews the Report and Recommendation *de novo*. See 28 U.S.C. § 636(b)(1)(C); Holder v. Holder, 392 F.3d 1009, 1022 (9th Cir. 2004).

I have given this matter *de novo* review and find no error. Accordingly, I ADOPT the Report and Recommendation of Magistrate

Judge Clarke.

**CONCLUSION**

Magistrate Judge Clarke's Report and Recommendation (#22) is adopted. The Commissioner's decision is affirmed.

IT IS SO ORDERED.

DATED this 17 day of July, 2008.

Owen M Panner

OWEN M. PANNER
U.S. DISTRICT JUDGE