FILED'08 JUL 17 10:08USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN R. POTTLE,

       Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security

       Defendant.

Civ. No. 07-738-CL

**JUDGMENT**

Judgment is for defendant.

DATED this 17 day of July, 2008.

OWEN M. PANNER
U.S. DISTRICT JUDGE

- ORDER